UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 21-00147-JLS (DFMx) | Date | March 16, 2021 |
|---|---|---|---|
| Title | James Rutherford v. Fairbarg III LP, et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on January 22, 2021. On March 8, 2021, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before March 11, 2021 why this action should not be dismissed for lack of prosecution [11]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

Initials of Deputy Clerk   mku